UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRIS COOK,<br><br>        Petitioner,<br><br>   v.<br><br>SANDRA HUTCHENS,<br><br>        Respondent. | No. SA CV 08-01303-RGK (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS |

    Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition"), all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the First Amended Petition without prejudice.

DATED: January 15, 2009

                                        R. GARY KLAUSNER<br>                                      UNITED STATES DISTRICT JUDGE