JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CHRIS COOK, | ) | No. SA CV 08-01303-RGK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SANDRA HUTCHENS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition without prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed without prejudice.

DATED: January 15, 2009

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE